UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EDWARD BERNARD MCKEE, | ) |
| Plaintiff | ) |
| vs. | ) **JUDGMENT IN A CIVIL CASE** |
| | ) **CASE NO. 5:22-CV-409-BO** |
| NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY, | ) |
| Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion to dismiss the original complaint [DE 11] is DENIED AS MOOT and its motion to dismiss the amended complaint [DE 19] is GRANTED.

<u>This Judgment filed and entered on July 14, 2023, and copies to:</u>
Dawn T. Mistretta                             (via CM/ECF electronic notification)
Lindsey Bullard                               (via CM/ECF electronic notification)
Stanley B. Green                              (via CM/ECF electronic notification)
Christine Marion Ryan                         (via CM/ECF electronic notification)
Phillip T. Reynolds                           (via CM/ECF electronic notification)

July 14, 2023                                 PETER A. MOORE, JR.
                                              Clerk of Court

                                          By: /s/ Nicole Sellers
                                              Deputy Clerk